07/30/2007 17:09  7186487781  BARON ASSOCIATES  PAGE 02/02
Case 1:07-cv-06623-DC  Document 2  Filed 08/13/2007  Page 1 of 1
12126640572  NBC LAW DEPT  09:56:23 a.m.  07-30-2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x
Patricia A. Conradt, as Administratrix of the
Estate of LOUIS WILLIAM CONRADT,
JR., deceased,

        Plaintiff,

    v.

NBC UNIVERSAL, INC.,

        Defendant.
---------------------------------------x

Civil Action No.: 07-6623 (DC)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the time for NBC Universal to move, answer or otherwise respond to the complaint shall be extended from August 13, 2007 to September 12, 2007; and it is further

AGREED that NBC hereby waives any objection on the basis of improper service.

Dated: New York, New York
July 30, 2007

Hilary Lane (HL-0829)
NBC Universal, Inc.
30 Rockefeller Plaza
New York, New York 10112
212.664.2022

BARON ASSOCIATES PC. by
SETH M. KATZ (SMK 7915)
Baron Associates, PC
2509 Avenue U
Brooklyn, New York 11229
718.934.6501

SO ORDERED.

USDJ 8/13/07