USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
PATRICIA CONRADT, as Administratrix :
of the Estate of LOUIS WILLIAM
CONRADT, JR., deceased,            :

              Plaintiff,   :    **ORDER**

      - against -                  :    07 Civ. 6623 (DC)

NBC UNIVERSAL, INC.                :

             Defendant.   :
- - - - - - - - - - - - - - - - - -x

**CHIN, D.J.**

    The Court has reviewed defense counsel's letter dated August 22, 2007 and plaintiff's counsel's letter dated August 24, 2007.

    Defendant may file its motion to dismiss, without a pre-motion conference. The motion shall be filed on or before September 12, 2007. Plaintiff's opposition shall be filed on or before October 10, 2007. Defendant's reply papers shall be filed on or before October 22, 2007.

    SO ORDERED.

Dated:  New York, New York
       August 27, 2007

                                    DENNY CHIN
                                    United States District Judge