**MEMO ENDORSED**

# BARON ASSOCIATES P.C.
## Attorneys & Counselors At Law
2509 Avenue U  Brooklyn, New York 11229  Tel (718) 934-6501  Fax (718) 648-7781
www.baronassoc.com  email:baronassociates@aol.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2007
```

<u>Via Facsimile (212)805-7906</u>
Hon. Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007

September 5, 2007

Re:  Patricia Conradt, as Administratrix v. NBC Universal, Inc.
     Docket No.: 07-CV-06623
     Our File No.: 7385

Honorable Judge Chin:

As of the time of this writing, plaintiff has filed an Amended Complaint with the Court in the above referenced matter, and is in the process of serving same upon defendant's counsel, having advised counsel of our intent to file said Amended Complaint on or about August 27, 2007.

The parties now respectfully make joint application to the Court to extend the briefing schedule regarding defendant's impending Motion to Dismiss as set forth in the Court's Order of August 27, 2007, as follows: defendant's motion shall be filed on or before October 3, 2007; plaintiff's opposition shall be filed on or before October 24, 2007; and defendant's reply papers shall be filed on or before November 14, 2007. The parties further respectfully request that the Court "So Order" this correspondence, inclusive of the extensions of the briefing schedule set forth above.

The parties thank the Court in advance for its continued courtesies and consideration in granting the parties' instant request.

Respectfully submitted,
Baron Associates P.C.

By: _____
    Seth M. Katz (SMK 7915)

cc:  Hillary Lane, Esq.
     NBC Universal
     30 Rockefeller Plaza
     New York, New York 10112

**APPLICATION GRANTED.**
**SO ORDERED**

_____
Denny Chin, U.S.D.J.

9/6/07