UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA A CONRADT, Individually and as Administratrix
of the Estate of LOUIS W. CONRADT, JR., deceased

AFFIDAVIT OF SERVICE

                        Plaintiff(s)

INDEX#: 07 CV 6623

- against –

NBC UNIVERSAL, INC.,

                        Defendant(s),

---

STATE OF NEW YORK    )
COUNTY OF NEW YORK  )   SS.:

      I, Dmitry Zaprudskiy being duly sworn, deposes and says:

1. Deponent is not a party to the action, is over 18 years of age and works in Brooklyn, New York, County of Kings.

2. That deponent contacted Defendant's attorney office wherein they agreed to accept service of the Amended Summons and Complaint via CERTIFIED MAIL RETURN RECEIPT REQUESTED #70070710000560138726 and asked that we provide a courtesy copy via fax at 212-664-6572.

3. That on September 5, 2007, at approximately 3:40 p.m. deponent served the within SUMMONS AND AMENDED COMPLAINT upon Hilary Lane, Esq. an attorney for the Defendant NBC UNIVERSAL, INC., at 30 Rockefeller Plaza, New York, New York.

4. Said premises are defendant's usual place of business.

                                                                       DMITRY ZAPRUDSKIY

Sworn to before me this
5th day of September, 2007

NOTARY PUBLIC

Anna M. Pierre
Notary Public State of New York
No. 01PI6113551
Qualified in Kings County
Notary Expires August 2, 20__