NBC UNIVERSAL, INC.
Hilary Lane (HL-0829)
Susan Weiner (SW-3531)
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
212-664-6572 (fax)

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CONRADT, as Administratrix of the Estate of LOUIS WILLIAM CONRADT, JR., deceased,<br><br>Plaintiff,<br><br>-against-<br><br>NBC UNIVERSAL, INC.,<br><br>Defendant. | Case No. 6623/2007 (DC)<br>ECF Case<br><br>NOTICE OF MOTION FOR ADMISSION PRO HAC VIC OF LEE LEVINE AND AMANDA M. LEITH |

PLEASE TAKE NOTICE that, upon the accompanying declarations of Lee Levine and Amanda M. Leith, executed on October 2, 2007, Defendant NBC Universal, Inc., will move this Court, in the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Local Civil Rule 1.3(c), for an Order permitting the admission *pro hac vice* of Lee Levine and Amanda M. Leith to argue or try this case in whole or in part as counsel or advocate for Defendant.

Mr. Levine is a member of the law firm of Levine Sullivan Koch & Schulz, L.L.P., resident in Washington, D.C. He is a member in good standing of the Bars of the District of Columbia and the Commonwealth of Pennsylvania. He also is admitted to practice in the United States Supreme Court, the United States Courts of Appeal for the Second, Fourth, Fifth, Seventh, Ninth and District of Columbia Circuits, and the United States District Courts for the Districts of Colorado, Maryland and the District of Columbia. There are no pending disciplinary actions against him in any State or Federal court. The Court is respectfully referred to the Declaration of Lee Levine and the Certificates of Good Standing from the D.C. Court of Appeals and the Pennsylvania Supreme Court, which are attached hereto as Exhibits A, B, and C, respectively, and incorporated herein by reference.

Ms. Leith is associated with the law firm of Levine Sullivan Koch & Schulz, L.L.P., resident in New York, New York. She is a member in good standing of the Bar of the State of California. Her application for admission to the Bar of the State of New York is pending. Ms. Leith also is admitted to practice in the United States District Court for the Central District of California. The Court is respectfully referred to the Declaration of Amanda M. Leith and the Certificate of Good Standing from the State Bar of California, which are attached hereto as Exhibits D and E, respectively, and incorporated herein by reference.

      WHEREFORE, the undersigned respectfully requests that the Court grant the Motion for Admission *Pro Hac Vice* of Lee Levine and Amanda M. Leith.

Dated:   New York, New York      Respectfully submitted,
           October 3, 2007

                              /s/ Hilary Lane
                        Hilary Lane (HL-0829)
                        Susan Weiner (SW-3531)
                        NBC Universal, Inc.
                        30 Rockefeller Plaza
                        New York, New York 10112
                        Telephone (212) 664-4444
                        Facsimile (212) 664-6572

                        Attorneys for Defendant

TO:   Bruce Baron, Esq.
       Seth M. Katz, Esq.
       Baron Associates P.C.
       2509 Avenue U
       Brooklyn, New York 11229
       Telephone (718) 934-6501
       Facsimile (718) 648-7781