# EXHIBIT A

NBC UNIVERSAL, INC.
Hilary Lane (HL-0829)
Susan Weiner (SW-3531)
Legal Department
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
212-664-6572 (fax)

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CONRADT, as Administratrix of the Estate of LOUIS WILLIAM CONRADT, JR., deceased,<br><br>                Plaintiff,<br><br>  -against-<br><br>NBC UNIVERSAL, INC.,<br><br>                Defendant. | Case No. 6623/2007 (DC)<br>ECF Case<br><br>DECLARATION OF<br>LEE LEVINE |

### DECLARATION OF LEE LEVINE

Pursuant to 28 U.S.C. § 1746, Lee Levine declares:

1. I am a member of the law firm of Levine Sullivan Koch & Schulz, L.L.P. I make this declaration in support of the motion of Defendant for my admission *pro hac vice* in this action. My contact information is as follows:

Lee Levine
Levine Sullivan Koch & Schulz, L.L.P.
1050 17th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 508-1100 (telephone)
(212) 861-9888 (facsimile)
llevine@lskslaw.com

2. I am a member in good standing of the Bars of the District of Columbia and the Commonwealth of Pennsylvania. I also am admitted to practice in the United States Supreme Court, the United States Courts of Appeal for the Second, Fourth, Fifth, Seventh, Ninth and District of Columbia Circuits, and the United States District Courts for the Districts of Colorado, Maryland and the District of Columbia.

3. I have not been denied admission or disciplined by any court.

4. I have reviewed and am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

5. I agree to be subject to the disciplinary jurisdiction of this Court.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/2/07

_____
Lee Levine