# EXHIBIT C



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Lee Jay Levine, Esq.*

DATE OF ADMISSION

*September 23, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 14, 2007

Patricia A. Johnson
Chief Clerk