# EXHIBIT D

NBC UNIVERSAL, INC.
Hilary Lane (HL-0829)
Susan Weiner (SW-3531)
Legal Department
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
212-664-6572 (fax)

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PATRICIA CONRADT, as Administratrix of the Estate of LOUIS WILLIAM CONRADT, JR., deceased,<br><br>    Plaintiff,<br><br>    -against-<br><br>NBC UNIVERSAL, INC.,<br><br>    Defendant. | Case No. 6623/2007 (DC)<br>ECF Case<br><br>DECLARATION OF<br>AMANDA M. LEITH |

## DECLARATION OF AMANDA M. LEITH

Pursuant to 28 U.S.C. § 1746, Amanda M. Leith declares:

1. I am associated with the law firm of Levine Sullivan Koch & Schulz, L.L.P. I make this declaration in support of the motion of Defendant for my admission *pro hac vice* in this action. My contact information is as follows:

>Amanda M. Leith
>Levine Sullivan Koch & Schulz, L.L.P.
>321 West 44th Street, Suite 510
>New York, NY 10036
>(212) 850-6100 (telephone)
>(212) 850-6299 (facsimile)
>aleith@lskslaw.com

2. I am a member in good standing of the Bar of the State of California, and I have an application pending for admission to the Bar of the State of New York. I also am admitted to practice in the United States District Court for the Central District of California.

3. I have not been denied admission or disciplined by any court.

4. I have reviewed and am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

5. I agree to be subject to the disciplinary jurisdiction of this Court.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/2/07

_____
Amanda M. Leith