


# EXHIBIT E



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

September 14, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AMANDA MARIE HAMMOND, #227849 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2003; that at her request, on September 28, 2004, her name was changed to AMANDA MARIE LEITH on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records