UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA CONRADT, as Administratrix of the Estate of LOUIS WILLIAM CONRADT, JR., deceased,

        Plaintiff,

-against-

NBC UNIVERSAL, INC.,

        Defendant.

Case No. 6623/2007 (DC)
ECF Case

NOTICE OF MOTION FOR ADMISSION PRO HAC VICE OF LEE LEVINE AND AMANDA M. LEITH

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for admission *pro hac vice* of Lee Levine and Amanda M. Leith and the declarations submitted in support thereof, and pursuant to Local Civil Rule 1.3(c), it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Lee Levine and Amanda M. Leith are admitted to practice in this Court for the purpose of arguing or trying this action, in whole or in part, as counsel or advocate.

It is **SO ORDERED** this _____ day of _____, 2007.

 

                                        Hon. Denny Chin
                                        United States District Judge