UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA CONRADT, as Administratrix
of the Estate of LOUIS WILLIAM CONRADT,
JR., deceased,

        Plaintiff,

-against-

NBC UNIVERSAL, INC.,

        Defendant

Case No. 6623/2007 (DC)
ECF Case

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                                ) SS.
COUNTY OF NEW YORK  )

SCOTT BAILEY, being duly sworn, deposes and says as follows:

1.     I am a legal assistant with the law firm of Levine Sullivan Koch & Schulz, L.L.P. I am not a party to this action, am over 18 years of age, and reside in Essex County, New Jersey.

2.     On October 3, 2007, I caused a true copy of the Motion for Admission Pro Hac Vice of Lee Levine and Amanda M. Leith, Rule 7.1 Statement of NBC Universal, Inc., Defendant's Notice of Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss and Declaration of Hilary Lane to be served by hand delivery upon:

Bruce Baron, Esq.
Seth M. Katz, Esq.
Baron Associates P.C.
2509 Avenue U
Brooklyn, NY 11229.

_____
Scott Bailey

Subscribed and sworn to before me
this 3rd day of October, 2007

_____
Notary Public

DAVID A. SCHULZ
Notary Public, State of New York
No. 02SC4691482
Qualified in New York County
Commission Expires March 30, 2011

1