NBC UNIVERSAL, INC.
Hilary Lane (HL-0829)
Susan Weiner (SW-3531)
Legal Department
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
212-664-6572 (fax)

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CONRADT, as Administratrix of the Estate of LOUIS WILLIAM CONRADT, JR., deceased,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>NBC UNIVERSAL, INC.,<br><br>　　　　　　Defendant. | Case No. 6623/2007 (DC)<br>ECF Case<br><br>NOTICE OF MOTION<br>TO DISMISS |

　　　PLEASE TAKE NOTICE that, upon the accompanying memorandum, dated October 3, 2004, and upon all the prior pleadings and proceedings herein, Defendant NBC Universal, Inc., will move this Court, in the United States Courthouse, 500 Pearl Street, New York, New York for an order dismissing the Verified Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the Amended Complaint fails to state a claim as a matter of law, and for such other and further relief as the Court may deem just and appropriate.

Dated:   New York, New York     Respectfully submitted,
           October 3, 2007

                                    /s/ Hilary Lane
                                Hilary Lane (HL-0829)
                                Susan Weiner (SW-3531)
                                NBC Universal, Inc.
                                30 Rockefeller Plaza
                                New York, New York 10112
                                Telephone (212) 664-4444
                                Facsimile (212) 664-6572

                                Lee Levine (*pro hac vice* application pending)
                                Amanda M. Leith (*pro hac vice* application pending)
                                Levine Sullivan Koch & Schulz, L.L.P.
                                321 West 44th Street, Suite 510
                                New York, NY 10036
                                (212) 850-6100
                                (212) 850-6299

                                *Attorneys for Defendant NBC Universal, Inc.*


TO:   Bruce Baron, Esq.
       Seth M. Katz, Esq.
       Baron Associates P.C.
       2509 Avenue U
       Brooklyn, New York 11229
       Telephone (718) 934-6501
       Facsimile (718) 648-7781