NBC UNIVERSAL, INC.
Hilary Lane (HL-0829)
Susan Weiner (SW-3135)
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
212-664-6572 (fax)

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299 (fax)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CONRADT, as Administratrix of the Estate of LOUIS WILLIAM CONRADT, JR., deceased,<br><br>      Plaintiff,<br><br> -against-<br><br>NBC UNIVERSAL, INC.,<br><br>      Defendant. | Case No. 6623/2007 (DC)<br>ECF Case<br><br>DECLARATION OF HILARY LANE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS |

  I, Hilary Lane, hereby declare under penalty of perjury as follows

  1. I am Senior Litigation Counsel at defendant NBC Universal, Inc. I submit this declaration in support of NBC's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

  2. Attached hereto as Exhibit A is a true and correct copy of plaintiff's Verified Amended Complaint in this action.

2

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on this 3rd day of October 2007 in New York, New York.

                                           /s/ Hilary Lane
                                           Hilary Lane