UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

*Conradt*

                 Plaintiff,                          07 CIVIL 6623 (DC)

        -against-

*NBC Universal, Inc.*

                 Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: *Hilary Lane*

☒ **Attorney**

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: *HL-0829*

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ **Law Firm/Government Agency Association**

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ Address: *NBC Universal, 30 Rockefeller Plaza, NY, NY 10112*
☒ Telephone Number: *212.664.2022*
☒ Fax Number: *212.664.6572*
☒ E-Mail Address: *hilary.lane@nbcuni.com*

Dated: *10/23/2007*              *[signature]*