NBC UNIVERSAL, INC.
Hilary Lane (HL-0829)
Susan Weiner (SW-3531)
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
212-664-6572 (fax)

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK





PATRICIA CONRADT, as Administratrix
of the Estate of LOUIS WILLIAM CONRADT,
JR., deceased,

            Plaintiff,

-against-

NBC UNIVERSAL, INC.,

            Defendant.

Case No. 6623/2007 (DC)
ECF Case

NOTICE OF MOTION FOR
ADMISSION PRO HAC VIC
OF LEE LEVINE AND
AMANDA M. LEITH

PLEASE TAKE NOTICE that, upon the accompanying declarations of Lee Levine and Amanda M. Leith, executed on October 2, 2007, Defendant NBC Universal, Inc., will move this Court, in the United States Courthouse, 500 Pearl Street, New York, New York, pursuant to Local Civil Rule 1.3(c), for an Order permitting the admission *pro hac vice* of Lee Levine and Amanda M. Leith to argue or try this case in whole or in part as counsel or advocate for Defendant.

Mr. Levine is a member of the law firm of Levine Sullivan Koch & Schulz, L.L.P., resident in Washington, D.C. He is a member in good standing of the Bars of the District of Columbia and the Commonwealth of Pennsylvania. He also is admitted to practice in the United States Supreme Court, the United States Courts of Appeal for the Second, Fourth, Fifth, Seventh, Ninth and District of Columbia Circuits, and the United States District Courts for the Districts of Colorado, Maryland and the District of Columbia. There are no pending disciplinary actions against him in any State or Federal court. The Court is respectfully referred to the Declaration of Lee Levine and the Certificates of Good Standing from the D.C. Court of Appeals and the Pennsylvania Supreme Court, which are attached hereto as Exhibits A, B, and C, respectively, and incorporated herein by reference.

Ms. Leith is associated with the law firm of Levine Sullivan Koch & Schulz, L.L.P., resident in New York, New York. She is a member in good standing of the Bar of the State of California. Her application for admission to the Bar of the State of New York is pending. Ms. Leith also is admitted to practice in the United States District Court for the Central District of California. The Court is respectfully referred to the Declaration of Amanda M. Leith and the Certificate of Good Standing from the State Bar of California, which are attached hereto as Exhibits D and E, respectively, and incorporated herein by reference.

WHEREFORE, the undersigned respectfully requests that the Court grant the Motion for Admission *Pro Hac Vice* of Lee Levine and Amanda M. Leith.

Dated: New York, New York  Respectfully submitted,
October 3, 2007

/s/ Hilary Lane

Hilary Lane (HL-0829)
Susan Weiner (SW-3531)
NBC Universal, Inc.
30 Rockefeller Plaza
New York, New York 10112
Telephone (212) 664-4444
Facsimile (212) 664-6572

Attorneys for Defendant

TO: Bruce Baron, Esq.
Seth M. Katz, Esq.
Baron Associates P.C.
2509 Avenue U
Brooklyn, New York 11229
Telephone (718) 934-6501
Facsimile (718) 648-7781

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA CONRADT, as Administratrix
of the Estate of LOUIS WILLIAM CONRADT,
JR., deceased,

        Plaintiff,

-against-

NBC UNIVERSAL, INC.,

        Defendant.

Case No. 6623/2007 (DC)
ECF Case

NOTICE OF MOTION FOR
ADMISSION PRO HAC VICE
OF LEE LEVINE AND
AMANDA M. LEITH

---

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for admission *pro hac vice* of Lee Levine and Amanda M. Leith and the declarations submitted in support thereof, and pursuant to Local Civil Rule 1.3(c), it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Lee Levine and Amanda M. Leith are admitted to practice in this Court for the purpose of arguing or trying this action, in whole or in part, as counsel or advocate.

It is **SO ORDERED** this _____ day of _____, 2007.

 

_____
Hon. Denny Chin
United States District Judge

NBC UNIVERSAL, INC.
Hilary Lane (HL-0829)
Susan Weiner (SW-3531)
Legal Department
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
212-664-6572 (fax)

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CONRADT, as Administratrix of the Estate of LOUIS WILLIAM CONRADT, JR., deceased,<br><br>      Plaintiff,<br><br> -against-<br><br>NBC UNIVERSAL, INC.,<br><br>      Defendant. | Case No. 6623/2007 (DC)<br>ECF Case<br><br>DECLARATION OF<br>LEE LEVINE |

## DECLARATION OF LEE LEVINE

Pursuant to 28 U.S.C. § 1746, Lee Levine declares:

1. I am a member of the law firm of Levine Sullivan Koch & Schulz, L.L.P. I make this declaration in support of the motion of Defendant for my admission *pro hac vice* in this action. My contact information is as follows:

Lee Levine
Levine Sullivan Koch & Schulz, L.L.P.
1050 17th Street, N.W., Suite 800
Washington, D.C. 20036
(202) 508-1100 (telephone)
(212) 861-9888 (facsimile)
llevine@lskslaw.com

2. I am a member in good standing of the Bars of the District of Columbia and the Commonwealth of Pennsylvania. I also am admitted to practice in the United States Supreme Court, the United States Courts of Appeal for the Second, Fourth, Fifth, Seventh, Ninth and District of Columbia Circuits, and the United States District Courts for the Districts of Colorado, Maryland and the District of Columbia.

3. I have not been denied admission or disciplined by any court.

4. I have reviewed and am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

5. I agree to be subject to the disciplinary jurisdiction of this Court.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/2/07

Lee Levine



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

LEE JAY LEVINE

was on the 19TH day of DECEMBER, 1980 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 12, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Lee Jay Levine, Esq.*

**DATE OF ADMISSION**

*September 23, 2004*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: September 14, 2007

Patricia A. Johnson
Chief Clerk

NBC UNIVERSAL, INC.
Hilary Lane (HL-0829)
Susan Weiner (SW-3531)
Legal Department
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
212-664-6572 (fax)

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CONRADT, as Administratrix of the Estate of LOUIS WILLIAM CONRADT, JR., deceased,<br><br>      Plaintiff,<br><br> -against-<br><br>NBC UNIVERSAL, INC.,<br><br>      Defendant. | Case No. 6623/2007 (DC)<br>ECF Case<br><br>DECLARATION OF<br>AMANDA M. LEITH |

## **DECLARATION OF AMANDA M. LEITH**

Pursuant to 28 U.S.C. § 1746, Amanda M. Leith declares:

1. I am associated with the law firm of Levine Sullivan Koch & Schulz, L.L.P. I make this declaration in support of the motion of Defendant for my admission *pro hac vice* in this action. My contact information is as follows:

> Amanda M. Leith
> Levine Sullivan Koch & Schulz, L.L.P.
> 321 West 44th Street, Suite 510
> New York, NY 10036
> (212) 850-6100 (telephone)
> (212) 850-6299 (facsimile)
> aleith@lskslaw.com

2. I am a member in good standing of the Bar of the State of California, and I have an application pending for admission to the Bar of the State of New York. I also am admitted to practice in the United States District Court for the Central District of California.

3. I have not been denied admission or disciplined by any court.

4. I have reviewed and am familiar with the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

5. I agree to be subject to the disciplinary jurisdiction of this Court.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/2/07

_____
Amanda M. Leith

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

September 14, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AMANDA MARIE HAMMOND, #227849 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 2003; that at her request, on September 28, 2004, her name was changed to AMANDA MARIE LEITH on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records