UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

PATRICIA CONRADT, Individually, and as Administratrix　　　　07-CV-06623
of the Estate of LOUIS WILLIAM CONRADT, JR., deceased,

　　　　　　　　　　　Plaintiff,　　　　　　　　　　　　　　DECLARATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　OF
　　　　　　　　-against-　　　　　　　　　　　　　　　　　BRUCE BARON

NBC UNIVERSAL, INC.,
　　　　　　　　　　　Defendant.　　　　　　　　　　　　　(DC)(GWG)
-------------------------------------------------------------------------X

　　　BRUCE BARON declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

　　　1. I am a principal in the law firm of BARON ASSOCIATES P.C., attorneys for plaintiff. I submit this declaration in opposition to the motion for dismissal of the Amended Complaint. I have personal knowledge of the facts below, except where otherwise indicated.

　　　2.　　Annexed hereto as Exhibit A is a copy of, on information and belief, the November 5, 2006, arrest warrant.

　　　3.　　Annexed hereto as Exhibit B is a copy of, on information and belief, the November 5, 2006, search warrant.

Dated:　Brooklyn, New York
　　　　October 23, 2007

　　　　　　　　　　　　　　　　　　　　　　/s/ Bruce Baron
　　　　　　　　　　　　　　　　　　　　　　Bruce Baron, Esq. (BB7297)