# EXHIBIT "A"

EXHIBIT A

NO. SW-11-05-06-MPD1

| | | |
|---|---|---|
| STATE OF TEXAS | }{ | IN THE DISTRICT COURT |
| | }{ | |
| COUNTY OF COLLIN | }{ | 401st JUDICIAL DISTRICT |

## PEACE OFFICER'S AFFIDAVIT FOR EVIDENTIARY SEARCH WARRANT

BEFORE ME the undersigned Magistrate of the State of Texas on the day personally appeared the Affiant; a Peace Officer under the laws of the State of Texas; known to be credible; one WALTER D. WEISS of the Murphy Police Department in Collin County, who after being by me, duly sworn upon oath, deposes and says he has good reason to believe and does believe the following:

1. There is a suspected place and premises described and located as following:

Within the State of Texas, within the boundaries of Kaufman County, and within the corporate limits of the City of Terrell – and located at the street address of 201 Davidson Drive, – in the postal zip code area of 75160 – there is a single family, single story, dwelling / house, with wooden siding, painted red in color. The dwelling has an attached garage. The dwelling faces in a Northerly direction. The premises are believed to be recorded in the real property records of Kauffman County, Texas in Deed Volume 1708, and Deed Page 285.

2. The Affiant has good reason to believe and does believe that there is kept and concealed within or about the suspected place and premises articles and items that will constitute evidence in the following criminal acts / offenses currently under investigation by the Murphy Police Department:

<u>ONLINE SOLITICATION OF A MINOR</u> Section 33.021(b)(1)(2)(c) Texas Penal Code, Felony 2nd Degree

In that the accused did heretofore then and there *intentionally, knowingly and unlawfully* and with the intent to arouse and gratify himself and another, the accused created and transmitted over the internet, various communications containing and / or composed of sexually explicit language and verse; and it is further presented that the accused did on or about the 21st day of October 2006, transmit over the internet sexually explicit photographs; and both of the said transmissions were made and sent by the accused to a person in Murphy, Texas, known by or using the name NoOneZero93 – and the said transmissions were made over the internet to the said NoOneZero93 at a point or points in time after the accused had been informed that the said NoOneZero93 was a thirteen year old boy. It is further presented that NoOneZero93 is a pseudo-name in use by an adult person participating in an investigative operation connected with internet activities undertaken by the Murphy Police Department to locate persons using the internet service to prey upon children. The acts were committed by the accused contrary to the aforesaid statute, and AGAINST THE PEACE AND DIGNITY OF THE STATE.

3. The articles and items believed to be and to constitute *Evidence* in the aforementioned unlawful acts and crimes is described as but not limited to the following articles and items:

(a) - Computer components and equipment and / or related accessories capable to transmit, receive, or provide for storage of any data and / or information, digital photos, website addresses and internet related information and / or other items of information received or sent to, from, over, or through the internet to other locations; and the components and equipment are further described as [but not limited to] hard drives, thumb drives, portable drives, portable data and information storage devices, lap top computers, web cams, cellular telephones, DVD, CD, Diskettes, printers, servers, modems, any and all related equipment or accessories capable of storing electronically accessed items and information;

EXHIBIT "A"

(b) – Any and all data and information electronically stored or accessed; or data and information stored or reproduced in printed form or by any other means and methods such as [but not limited to] magnetically or optically stored information, digitally configured information, analog configured information –

(c) The Affiant believes that such items and data and information will yield or provide evidence of internet activities in the form of that which is relevant to transmissions of information made and received over the internet in connection with the criminal offense described and stated herein.

(d) Photos (stored in any manner or form) of a white male subject attired in white undershorts with a dark colored band; A photo of a white male holding a camera; A photo of a male penis and in the background of this particular is what appears to be square floor or wall tile; A photo of the backside of a white male subject, and in this particular photo is also a towelbar, a door, and sink facuet.

4. **The Affiant has good reason to believe and does believe that the suspected place and premises are under the charge and control of the following persons:**

Louis W. Conradt. Jr., and other persons whose identities may be known or unknown to the Affiant at this time.

5. **The Affiant's belief is based on the following information:**

The Affiant is a licensed Peace Officer of the State of Texas, with well over ten years of Law Enforcement experience. The Affiant is employed by the Murphy Police Department and assigned to investigate the matters related herein.

The Affiant has been in personal contact with Del Harvey – Assistant Director of Perverted Justice.com, which is an organization that monitors internet activities for the purpose of detecting and reporting to police the activity of child predators using internet services to victimize children. Perverted Justice.com is currently working on projects with the Murphy Police Departments.

Del Harvey and other associates of Perverted Justice.com are currently assisting the Murphy Police Department on some investigative efforts on a variety of criminal case investigations at this time, and some of those associates are actually working out of a residence / house located within the corporate limits of the City of Murphy, creating increased contacts between the two organizations on a daily basis.

Through contacts with Perverted Justice.com, the Affiant learned that a Perverted Justice.com associate / informant - using the internet screen name NoOneZero93 - had received internet chat communications on a computer installed at the residence in Murphy, Texas, and those communications came from an internet chat participant using the screen name INXS00. On October 21, 2006, NoOneZero93 informed INXS00 in a chat activity that NoOneZero93 was a 13 year old male from the Dallas area. On or about October 21, 2006, at a point in time after being informed that NoOneZero93 was only 13 yoa, INXS00 sent and transmitted photos over the internet to NoOneZero93, and among those photos was a photo of an exposed human penis.

Del Harvey related to the Affiant that Del Harvey was aware of the activities connected with the screen name INXS00 and research was conducted Del Harvey and / or Del's associates at various times. On November 5, 2006, Del Harvey told the Affiant that Del Harvey received an indication in the said research that INXS00 might be a screen name associated with a man named LOUIS WILLIAM CONRADT JR., which is the same name of a prosecutor employed by Rockwall County, Texas.

The Affiant learned on November 5, 2006 from Del Harvey that on November 4, 2006, Del Harvey's associate NoOneZero93 received chat transmissions at the residence Perverted Justice.com was using in Murphy Texas, and that transmission was from INXS00. Del Harvey to the Affiant that the transmission received over the

2

EXHIBIT "A"

internet was received at 8:04:12 A.M. and it was the telephone number "972-524-2849." Another chat transmission received from INXS00 at 8:04:30 on that day was "my name is Will."

The Affiant learned on 11-05-2006 from Del Harvey that telephone contacts were made on 11-04-2006 by Perverted Justice.com associate NoOneZero93 to the telephone number 972-524-2849, and those contacts were audio recorded.

On 11-05-2006 the Affiant learned from Del Harvey that Perverted Justice.com researched records and information connected with the telephone number 972-524-2849 and discovered that the telephone number was associated with the name L.W. Conradt in Terrell Texas

On 11-05-2006 the Affiant learned from Sergeant Snow Robertson of the Murphy Police Department that Sergeant Snow Robertson had learned from Del Harvey and from Detective Jim Patterson of the Rowlett Police Department – who is working part-time with Perverted Justice.com – that Detective Patterson had listened to the said audio recordings of the person at the telephone number 972-524-2849, and Detective Patterson recognized the voice of that person at that number as the voice of LOUIS WILLIAM CONRADT JR. – who is a prosecutor employed by Rockwall County, Texas. Detective Jim Patterson works for the City of Rowlett which is near the Eastern County Line of Rockwall County. In connection with his occupational duties, Detective Patterson has had a number of professional contacts with prosecutor Louis William Conradt Jr. and for that reason, Detective Patterson can readily recognize the voice as that of the accused.

On 11-05-2006, the Affiant learned from Del Harvey and some of Del's associates that NoOneZero93 – on November 4, 2006 – was again sending and receiving internet chat transmissions to INXS00, when at approximately 6:57:27 P.M., NoOneZero93 and INXS00 switched to a chat service on the internet provided by YAHOO.com. When chatting in YAHOO, it was noted that the screen name of the suspect began transmitting as "louis conradt" (in small case letters) over the Yahoo.com service.

On 11-05-2006, the Affiant met with Del Harvey at the Murphy Police Department. Del Harvey gave the Affiant a CD disk on which are stored the said recordings of the phone calls mentioned herein. Del Harvey also gave the Affiant copies of the Chat Logs reflecting the chat activities of NoOneZero93, and copies of research.

On 11-05-2006 The Affiant conducted a review of the said CD disk from Del Harvey, and noted the following:

A) The recording of a call made on 11-04-2006 at 12:59 P.M. – the suspect asks without being prompted: "did you get the dogs walked?"

B) The recording of a call made on 11-04-2006 at 2:56 P.M. – the suspect asks again without being prompted: "so did you walk the dogs?"

The Affiant noted this mention of the dogs to be significant, because the walking of dogs was a subject of discussion that was indicated in the said chat logs on 11-04-2006 at 7:40 A.M. when NoOneZero93 types: "got to go walk the dogs." On 11-04-2006 at 8:04 A.M. once again the informant NoOneZero93 types: "I gotta walk the dogs so dunno."

The mention of dogs on the said telephone recording by the person answering the telephone number 972-524-2849 – without being prompted by any party – would indicate that the person answering the telephone at the telephone number 972-524-2849 would most likely be the participant in the chat activities using the screen names INXS00 and Louis Conradt.

EXHIBIT "A"

The Affiant reviewed the chat logs and noted that the chat logs range from October 21, 2006 through November 4, 2006. The Affiant noted that sexually explicit verse / language was transmitted to NoOneZero93 over the internet by a criminal suspect – using the screen names INXS00 and Louis Conradt.

On 11-05-2006 the Affiant queried telephone information service 1411 – and learned that there is a telephone listing for L.W. Conradt – 201 Davidson, Terrell, TX - phone 972-524-2849.

On 11-05-2006, the Affiant queried the Rockwall County Texas Website, and noted that Louis Conradt Jr. is listed on that website as a staff member of the Rockwall County District Attorney's Office.

The Affiant learned on November 5, 2006, from researching Texas Department of Public Safety computerized files / driving records that a LOUIS WILLIAM CONRADT JR – white – male – DOB: 01-30-1950 had a driver's license issued – number 03130150 – with an indicated residence address of 201 Davidson Drive, Terrell, Texas 75160.

On November 5, 2006, the Affiant reviewed the copies of the photos that were transmitted to NoOneZero93 on or about the 21st day of October, 2006 from INXS00 and noted that some of those photos had identifying features; to-wit: Photos of a white male subject attired in white undershorts with a dark colored waste-band; A photo of a white male holding a camera; A photo of a male penis and in the background of this particular is what appears to be square floor or wall tile; A photo of the backside of a white male subject, and in this particular photo is also a towelbar, a door, and sink facuet. The Affiant believes that any such photos found at the suspected place and premises would constitute evidence.

On November 5, 2006, the Affiant reviewed computerized public information originating with real property tax information for Kauffman County, Texas, and noted that the owner of the property in those records was indicated to be Louis William Conradt Jr., with an address indicated as 201 Davidson Drive, Terrell, TX 75160. It is indicated on this particular tax resord that the suspected place and premises is indicated to be recorded in the Kauffman County deed records as follows: Deed Volume 1708; Deed Page 285.

BASED ON THE FOREGOING INFORMATION THE AFFIANT ASKS THAT THE COURT ISSUE WHEREFORE AFFIANT ASKS THAT A WARRANT IMMEDIATELY ISSUE DIRECTING THAT A SEARCH TAKE PLACE OF THE SUSPECTED PLACE AND PREMISES TO SECURE EVIDENCE FROM LOSS OR DESTRUCTION.

Further the Affiant sayeth not"

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS THE 5th DAY OF November, 2006, AT 2:20 PM.

_____
MAGISTRATE
Judge, 401st Judicial District Court

11-05-06