# EXHIBIT "B"

NO. 2006-M-012                    ☐ **ORIGINAL**

STATE OF TEXAS           }
                         }        **PROBABLE CAUSE ARREST WARRANT**
COUNTY OF COLLIN         }        (Chapter 15, Texas Code of Criminal Procedure)


*IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:*

THE STATE OF TEXAS TO THE SHERIFF OF COLLIN COUNTY, AND TO ANY PEACE OFFICER OF THE STATE OF TEXAS, AND TO ANY PEACE OFFICER AUTHORIZED TO SERVE THIS WARRANT; G R E E T I N G S:

WHEREAS the sworn affidavit of a Peace Officer – one Walter D. Weiss of the Murphy Police Department – was presented to me anterior to the issuance of this warrant, charging the accused – one:

**Louis William Conradt Jr.**
White/Male/DOB: 01-30-1950
5-10; 165# Brown / Blue
Texas Driver License No. 03130150
LKA: 201 Davidson Drive, Terrell, TX 75160
Home Phone: 972-524-2849   Work Phone: 972-932-4331

With a criminal offense under the laws of the State of Texas; to-wit:

**ONLINE SOLITICATION OF A MINOR**
Section 33.021(b)(1)(2)(c) Texas Penal Code
Felony 2nd Degree

and WHEREAS after conducting an examination of the said Affidavit and of the said Affiant, this Court has determined that there is sufficient probable cause to allow this warrant to be issued.

**YOU ARE THEREFORE COMMANDED TO ARREST THE ACCUSED NAMED HEREIN**, and to bring the accused before this Court; or you shall cause the accused to be delivered into the custody of the Collin County Sheriff, in the State of Texas, who will maintain custody of the accused, until such time the accused is lawfully released from custody. HEREIN FAIL NOT, and a proper *Return* you shall make to this Court, indicating how, when and where the service of this warrant was effected.

BAIL: $ 100,000.00

ISSUED THIS THE  5  DAY OF NOVEMBER, 2006, AT   1100    A M.

Cathy Hada
MAGISTRATE

Murphy Municipal Court
Court

**Peace Officer's Return**

Came to hand on the day issued, and executed by arresting the accused at: The Accused is Deceased – 11-05-2006
_____ and placing the accused in jail at  N/A  _____ on the ___ day of _____, 200_.
Peace Officer: ____ W. Weiss   11-05-2006  Agency: Murphy PD

NO. 2006-M-012                    ☐ ORIGINAL

| | |
|---|---|
| STATE OF TEXAS } | **AFFIDAVIT FOR PROBABLE CAUSE ARREST WARRANT** |
| COUNTY OF COLLIN } | *(Chapter 15, Texas Code of Criminal Procedure)* |

*IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:*

BEFORE ME the undersigned authority, personally appeared the Affiant, **WALTER D. WEISS**, a Peace Officer under the laws of the State of Texas; known to be credible, who after being by me, duly sworn upon oath, deposes and says, he has good reason to believe, and does believe that on or about the 4th day of November, 2006, and within the State of Texas, and within the boundaries of Collin County, and within the corporate limits of the City of Murphy, anterior to the making and filing of this Affidavit, one:

**Louis William Conradt Jr.**
White/Male/DOB: 01-30-1950
5-10; 165# Brown / Blue
Texas Driver License No. 03130150
LKA: 201 Davidson Drive, Terrell, TX 75160
Home Phone: 972-524-2849   Work Phone: 972-932-4331

Hereinafter called "the accused;" did heretofore then and there commit the criminal offense of:

**ONLINE SOLITICATION OF A MINOR**
Section 33.021(b)(1)(2)(c) Texas Penal Code
Felony 2nd Degree

In that the accused did heretofore then and there *intentionally, knowingly and unlawfully* and with the intent to arouse and gratify himself and another, the accused created and transmitted over the internet, various communications containing and / or composed of sexually explicit language and verse; and it is further presented that the accused did on or about the 21st day of October 2006, transmit over the internet sexually explicit photographs; and both of the said transmissions were made and sent by the accused to a person in Murphy, Texas, known by or using the name NoOneZero93 – and the said transmissions were made over the internet to the said NoOneZero93 at a point or points in time after the accused had been informed that the said NoOneZero93 was a thirteen year old boy. It is further presented that NoOneZero93 is a pseudo-name in use by an adult person participating in an investigative operation connected with internet activities undertaken by the Murphy Police Department to locate persons using the internet service to prey upon children. The acts were committed by the accused contrary to the aforesaid statute, and AGAINST THE PEACE AND DIGNITY OF THE STATE.

The Affiants belief is based on the following information:

The Affiant is a licensed Peace Officer of the State of Texas, with well over ten years of Law Enforcement experience. The Affiant is employed by the Murphy Police Department and assigned to investigate the matters related herein.

The Affiant has been in personal contact with Del Harvey – Assistant Director of Perverted Justice.com, which is an organization that monitors internet activities for the purpose of detecting and reporting to police the activity of child predators using internet services to victimize children. Perverted Justice.com is currently working on projects with the Murphy Police Departments.

Del Harvey and other associates of Perverted Justice.com are currently assisting the Murphy Police Department on some investigative efforts on a variety of criminal case investigations at this time, and some of those associates are actually working out of a residence / house located within the corporate limits of the City of Murphy, creating increased contacts between the two organizations on a daily basis.

CH  11-5-06

☐ **ORIGINAL**   2006-M-012

Through contacts with Perverted Justice.com, the Affiant learned that a Perverted Justice.com associate / informant - using the internet screen name NoOneZero93 - had received internet chat communications on a computer installed at the residence in Murphy, Texas, and those communications came from an internet chat participant using the screen name INXS00. On October 21, 2006, NoOneZero93 informed INXS00 in a chat activity that NoOneZero93 was a 13 year old male from the Dallas area. On or about October 21, 2006, at a point in time after being informed that NoOneZero93 was only 13 yoa, INXS00 sent and transmitted photos over the internet to NoOneZero93, and among those photos was a photo of an exposed human penis.

Del Harvey related to the Affiant that Del Harvey was aware of the activities connected with the screen name INXS00 and research was conducted Del Harvey and / or Del's associates at various times. On November 5, 2006, Del Harvey told the Affiant that Del Harvey received an indication in the said research that INXS00 might be a screen name associated with a man named LOUIS WILLIAM CONRADT JR., which is the same name of a prosecutor employed by Rockwall County, Texas.

The Affiant learned on November 5, 2006 from Del Harvey that on November 4, 2006, Del Harvey's associate NoOneZero93 received chat transmissions at the residence Perverted Justice.com was using in Murphy Texas, and that transmission was from INXS00. Del Harvey to the Affiant that the transmission received over the internet was received at 8:04:12 A.M. and it was the telephone number "972-524-2849." Another chat transmission received from INXS00 at 8:04:30 on that day was "my name is Will."

The Affiant learned on 11-05-2006 from Del Harvey that telephone contacts were made on 11-04-2006 by Perverted Justice.com associate NoOneZero93 to the telephone number 972-524-2849, and those contacts were audio recorded.

On 11-05-2006 the Affiant learned from Del Harvey that Perverted Justice.com researched records and information connected with the telephone number 972-524-2849 and discovered that the telephone number was associated with the name L.W. Conradt in Terrell Texas

On 11-05-2006 the Affiant learned from Sergeant Snow Robertson of the Murphy Police Department that Sergeant Snow Robertson had learned from Del Harvey and from Detective Jim Patterson of the Rowlett Police Department – who is working part-time with Perverted Justice.com – that Detective Patterson had listened to the said audio recordings of the person at the telephone number 972-524-2849, and Detective Patterson recognized the voice of that person at that number as the voice of LOUIS WILLIAM CONRADT JR. – who is a prosecutor employed by Rockwall County, Texas. Detective Jim Patterson works for the City of Rowlett which is near the Eastern County Line of Rockwall County. In connection with his occupational duties, Detective Patterson has had a number of professional contacts with prosecutor Louis William Conradt Jr. and for that reason, Detective Patterson can readily recognize the voice as that of the accused.

On 11-05-2006, the Affiant learned from Del Harvey and some of Del's associates that NoOneZero93 – on November 4, 2006 – was again sending and receiving internet chat transmissions to INXS00, when at approximately 6:57:27 P.M., NoOneZero93 and INXS00 switched to a chat service on the internet provided by YAHOO.com. When chatting in YAHOO, it was noted that the screen name of the suspect began transmitting as "louis conradt" (in small case letters) over the Yahoo.com service.

On 11-05-2006, the Affiant met with Del Harvey at the Murphy Police Department. Del Harvey gave the Affiant a CD disk on which are stored the said recordings of the phone calls mentioned herein. Del Harvey also gave the Affiant copies of the Chat Logs reflecting the chat activities of NoOneZero93, and copies of research.

On 11-05-2006 The Affiant conducted a review of the said CD disk from Del Harvey, and noted the following:

CJT 11-5-06

A.N/ 11-5-06

☐ ORIGINAL   2006-M-012

A) The recording of a call made on 11-04-2006 at 12:59 P.M. – the suspect asks without being prompted: "did you get the dogs walked?"

B) The recording of a call made on 11-04-2006 at 2:56 P.M. – the suspect asks again without being prompted: "so did you walk the dogs?"

The Affiant noted this mention of the dogs to be significant, because the walking of dogs was a subject of discussion that was indicated in the said chat logs on 11-04-2006 at 7:40 A.M. when NoOneZero93 types: "got to go walk the dogs." On 11-04-2006 at 8:04 A.M. once again the informant NoOneZero93 types: "I gotta walk the dogs so dunno."

The mention of dogs on the said telephone recording by the person answering the telephone number 972-524-2849 - without being prompted by any party - would indicate that the person answering the telephone at the telephone number 972-524-2849 would most likely be the participant in the chat activities using the screen names INXS00 and Louis Conradt.

The Affiant reviewed the chat logs and noted that the chat logs range from October 21, 2006 through November 4, 2006. The Affiant noted that sexually explicit verse / language was transmitted to NoOneZero93 over the internet by a criminal suspect – using the screen names INXS00 and Louis Conradt.

On 11-05-2006 the Affiant queried telephone information service 1411 – and learned that there is a telephone listing for L.W. Conradt – 201 Davidson, Terrell, TX - phone 972-524-2849.

On 11-05-2006, the Affiant queried the Rockwall County Texas Website, and noted that Louis Conradt Jr. is listed on that website as a staff member of the Rockwall County District Attorney's Office.

The Affiant learned on November 5, 2006, from researching Texas Department of Public Safety computerized files / driving records that a LOUIS WILLIAM CONRADT JR – white – male – DOB: 01-30-1950 had a driver's license issued – number 03130150 – with an indicated residence address of 201 Davidson Drive, Terrell, Texas 75160.

BASED ON THE FOREGOING INFORMATION, THE AFFIANT ASKS THAT AN ARREST WARRANT ISSUE FOR THE ACCUSED IN ACCORDANCE WITH THE LAWS OF THE STATE OF TEXAS.

_____
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME, THIS THE __5__ DAY OF __Nov__, 2006, AT __11:00__ A. M.

__Cathy Haden__
MAGISTRATE

__Murphy Municipal Court__
COURT

01/23/2007 11:45 FAX                                                                     ☒003

NO. SW-11-05-06"MPP|

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| COUNTY OF COLLIN | § | 401st JUDICIAL DISTRICT |

## EVIDENTIARY SEARCH WARRANT

THE STATE OF TEXAS TO THE CHIEF OF POLICE OF THE CITY OF EULESS POLICE DEPARTMENT IN TARRANT COUNTY, TEXAS; THE SHERIFF OF TARRANT COUNTY TEXAS; AND TO ANY PEACE OFFICER OF THE STATE OF TEXAS AUTHORIZED BY LAW TO EXECUTE THIS SEARCH WARRANT; GREETINGS.....

WHEREAS the sworn affidavit of Peace Officer Walter D. Weiss of the Murphy Police Department has been presented to me anterior to the issuance of this Search Warrant; AND WHEREAS after examination of the Affiant and the said affidavit, I find that sufficient probable cause has been presented to the court in order to allow for this search warrant to be issued;

THEREFORE YOU ARE HEREBY COMMANDED to proceed without unnecessary delay to the suspected place and premises described in the said affidavit of Peace Officer Walter D. Weiss (which is incorporated herein by reference and attached hereto) and there you shall conduct a search of the said suspected place and premises inclusive of any vehicles on the said premises, and any outbuildings thereon, inclusive of the curtilage thereof, for the items believed to constitute evidence in the acts and crimes described in the said affidavit.

IF YOU FIND THAT FOR WHICH YOU SEARCH, YOU WILL SEIZE IT AS EVIDENCE and take it into your custody and secure it from destruction as in such cases provided by law. IT IS THE ORDER OF THIS COURT that you are authorized to transport that which you seize, into Collin County, Texas, and there to provide and arrange for a place of secure storage.

HEREIN FAIL NOT, AND YOU ARE ORDERED TO MAKE RETURN OF THIS WARRANT TO THE COURT IN WRITING UNDER OATH, SHOWING HOW AND WHEN SERVICE OF THIS WARRANT WAS EFFECTED, AND A REASONABLE DESCRIPTION OF THAT WHICH YOU SEIZE.

YOU HAVE THREE DAYS TO EXECUTE THIS WARRANT – EXCLUSIVE OF THE DAY IT IS ISSUED, AND EXCLUSIVE OF THE DAY IT IS EXECUTED.

ISSUED THIS THE 30TH DAY OF JULY, 2006, AT 2:21 P.M.

_____
MAGISTRATE, 401st District Court
Judge, Collin County, Texas
McKinney,

Evidentiary Search Warrant – 201 Davidson – Terrell, TX – Affidavit and Warrant – Five (5) Pages

Exhibit "A"