UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA A CONRADT, Individually and as Administratrix
of the Estate of LOUIS W. CONRADT, JR., deceased

AFFIDAVIT OF SERVICE

                            Plaintiff(s)

INDEX#: 07 CV 6623

– against –

NBC UNIVERSAL, INC.,

                            Defendant(s),

---

STATE OF NEW YORK   )
COUNTY OF NEW YORK )   SS.:

      I, Dmitry Zaprudskiy being duly sworn, deposes and says:

1. Deponent is not a party to the action, is over 18 years of age and works in Brooklyn, New York, County of Kings.

2. That deponent served MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR DISMISSAL OF AMENDED COMPLAINT together with and AFFIDAVIT IN SUPPORT OF MOTION WITH EXHIBITS via REGULAR MAIL.

3. That on October 23, 2007, at approximately 5:30 p.m. deponent served the within MEMORANDUM OF LAW IN OPPOSITION TO MOTION FOR DISMISSAL OF AMENDED COMPLAINT together with and AFFIDAVIT IN SUPPORT OF MOTION WITH EXHIBITS upon Hilary Lane, Esq. an attorney for the Defendant NBC UNIVERSAL, INC., at 30 Rockefeller Plaza, New York, New York.

4. Said premises are defendant's usual place of business.

                                                      DMITRY ZAPRUDSKIY

Sworn to before me this
23rd day of October, 2007

_____
NOTARY PUBLIC

Anna M. Pierre
Notary Public State of New York
No. 01PI6113551
Qualified in Kings County
Notary Expires August 2, 20__