UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA CONRADT, Individually and as
Administratrix of the Estate of LOUIS WILLIAM
CONRADT, JR., deceased,

                  Plaintiff,

     -against-

NBC UNIVERSAL, INC.,

             Defendant

---

Case No. 6623/2007 (DC)
ECF Case

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) SS.
COUNTY OF NEW YORK   )

SCOTT BAILEY, being duly sworn, deposes and says as follows:

1.     I am a legal assistant with the law firm of Levine Sullivan Koch & Schulz, L.L.P. I am not a party to this action, am over 18 years of age, and reside in Essex County, New Jersey.

2.     On November 14, 2007, I caused a true copy of the Reply Memorandum in Further Support of the Motion of NBC Universal to Dismiss to be served by ECF and first class US mail upon:

1

Bruce Baron, Esq.
Seth M. Katz, Esq.
Baron Associates P.C.
2509 Avenue U
Brooklyn, NY 11229.

_____
Scott Bailey

Subscribed and sworn to before me
this 14th day of November, 2007

_____
Notary Public

DAVID A. SCHULZ
Notary Public, State of New York
No. 02SC4691482
Qualified in New York County
Commission Expires March 30, 2011

2