**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2007
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

PATRICIA CONRADT, as Administratrix
Of the Estate of LOUIS WILLIAM CONRADT,
JR., deceased,

                 Plaintiff,

-against-

NBC UNIVERSAL, INC.,

                 Defendant.

Case No. 6623/2007 (DC)
ECF Case

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

---

Upon the motion of Hilary Lane attorney for Defendant NBC Universal, Inc. and the affidavit submitted in support thereof;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Lee Levine | Amanda M. Leith |
| Levine Sullivan Koch & Schulz, L.L.P. | Levine Sullivan Koch & Schulz, L.L.P. |
| 1050 17th Street, N.W., Suite 800 | 321 West 44th Street, Suite 510 |
| Washington, D.C. 20036 | New York, NY 10036 |
| (202) 508-1100 (telephone) | (212) 850-6100 (telephone) |
| (212) 861-9888 (facsimile) | (212) 850-6299 (facsimile) |
| llevine@lskslaw.com | aleith@lskslaw.com |

are admitted to practice pro hac vice as counsel for Defendant NBC Universal, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. As this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: 12/21/07

                                                Hon. Denny Chin
                                                United States District Judge