NBC UNIVERSAL, INC.
Susan Weiner (SW-3531)
Hilary Lane (HL-0829)
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
212-664-6572 (fax)

LEVINE SULLIVAN
  KOCH & SCHULZ, L.L.P.
Lee Levine (admitted *pro hac vice*)
Amanda Leith (admitted *pro hac vice*)
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CONRADT, as Administratrix of the Estate of LOUIS WILLIAM CONRADT, JR., deceased,<br><br>        Plaintiff,<br><br>  -against-<br><br>NBC UNIVERSAL, INC.,<br><br>        Defendant. | Case No. 6623/2007 (DC)(GWG)<br>ECF Case<br><br>RULE 7.1 STATEMENT OF DEFENDANT NBC UNIVERSAL, INC. |

      Pursuant to Federal Rule of Civil Procedure 7.1, defendant NBC Universal, Inc. hereby states, by and through its undersigned counsel, that it is owned (through intermediate entities) by General Electric Company and Vivendi Universal, S.A., both of which are publicly held corporations. No other publicly held company owns more than 10% of the stock of NBC Universal, Inc.

Dated: New York, New York            Respectfully submitted,
       March 11, 2008

                                       /s/  Amanda Leith

                              Susan Weiner (SW-3531)
                              Hilary Lane (HL-0829)
                              NBC Universal, Inc.
                              30 Rockefeller Plaza
                              New York, New York 10112
                              Telephone (212) 664-4444
                              Facsimile (212) 664-6572


                              Lee Levine (admitted *pro hac vice*)
                              Amanda M. Leith (admitted *pro hac vice*)
                              Levine Sullivan Koch & Schulz, L.L.P.
                              321 West 44th Street, Suite 510
                              New York, NY 10036
                              (212) 850-6100
                              (212) 850-6299


                              *Attorneys for Defendant NBC Universal, Inc.*


TO:    Bruce Baron, Esq.
         Seth M. Katz, Esq.
         Baron Associates P.C.
         2509 Avenue U
         Brooklyn, New York 11229
         Telephone (718) 934-6501
         Facsimile (718) 648-7781