NBC UNIVERSAL, INC.
Susan Weiner (SW-3531)
Hilary Lane (HL-0829)
30 Rockefeller Plaza
New York, NY 10112
212-664-4444
212-664-6572 (fax)

LEVINE SULLIVAN
  KOCH & SCHULZ, L.L.P.
Lee Levine (admitted *pro hac vice*)
Amanda Leith (admitted *pro hac vice*)
321 West 44th Street, Suite 510
New York, NY 10036
(212) 850-6100
(212) 850-6299

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICIA CONRADT, Individually and as Administratrix of the Estate of LOUIS WILLIAM CONRADT, JR., deceased, <br><br> Plaintiff, <br><br> -against- <br><br> NBC UNIVERSAL, INC., <br><br> Defendant. | Case No. 6623/2007 (DC)(GWG) <br><br> **ANSWER** |

Defendant NBC Universal, Inc. ("NBC"), by and through its undersigned counsel, hereby responds to the Verified Amended Complaint of Plaintiff Patricia Conradt (the "Complaint") as follows:

## JURISDICTION

1. NBC admits that this Court has jurisdiction over the subject matter of this action.

2. NBC admits the allegations set forth in paragraph 2 of the Complaint.

3. NBC is without knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 3 of the Complaint.

4. NBC is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the Complaint.

5. NBC admits that the Complaint purports to assert claims pursuant to 18 U.S.C. § 1961 *et seq.* and 42 U.S.C. § 1981 *et seq.* and states that the Court has dismissed Plaintiff's claims insofar as they are based on violations of 18 U.S.C. 1961 *et seq.*  NBC further admits that federal question jurisdiction exists.  NBC denies the remaining allegations set forth in paragraph 5 of the Complaint.

## VENUE

6. NBC admits that venue is proper and that it is subject to personal jurisdiction in this judicial district.

## GENERAL ALLEGATIONS

7. NBC admits that Plaintiff's allegations in paragraphs 10-63 are based on information and belief.

8. NBC states that paragraph 8 of the Complaint consists of a legal conclusion to which no response is required.  To the extent a response is required, NBC denies the allegations.

9. NBC denies the allegations set forth in paragraph 9 of the Complaint.

10. NBC denies the allegations set forth in paragraph 10 of the Complaint.

11. NBC denies the allegations set forth in paragraph 11 of the Complaint.

## THE DEFENDANT

12. NBC admits the allegations set forth in paragraph 12 of the Complaint.

13. NBC admits the allegations set forth in paragraph 13 of the Complaint.

14. NBC admits that Dateline initiated a segment known as "To Catch a Predator" in the fall of 2004. NBC further admits that Chris Hansen was the Dateline Correspondent for that segment and that Mr. Hansen would introduce himself to predators who appeared at the house. NBC denies the remaining allegations set forth in paragraph 14 of the Complaint.

15. NBC denies the allegations set forth in paragraph 15 of the Complaint.

16. NBC denies the allegations set forth in paragraph 16 of the Complaint.

17. NBC denies the allegations set forth in paragraph 17 of the Complaint.

## THE STING IN MURPHY

18. NBC admits that in November 2006 Perverted Justice conducted a sting operation in Murphy, Texas with the approval of local authorities. NBC denies knowledge or information sufficient to form a belief as to the allegation concerning the proximity of the house to an elementary school or the statement purportedly made by the mayor. NBC denies the remaining allegations set forth in paragraph 18 of the Complaint.

19. NBC admits that certain audio-visual equipment was temporarily installed at Murphy police headquarters. NBC denies knowledge or information sufficient to form a belief as to how the room was normally used or how it was referred to.

20. NBC admits, upon information and belief, that approximately 24 men were arrested as a result of the Perverted Justice operation in Murphy, Texas and otherwise denies the allegations set forth in paragraph 20 of the Complaint.

21. NBC admits that the Collin County prosecutor has not prosecuted the men who were arrested. NBC denies the remaining allegations set forth in paragraph 21 of the Complaint.

22. NBC denies knowledge or information sufficient to form a belief as to the allegations set forth in paragraph 22 of the Complaint.

23. NBC denies knowledge or information sufficient to form a belief as to the allegations relating to how certain unidentified residents of Murphy feel or what they maintain.

24. NBC denies the allegations set forth in paragraph 24 of the Complaint.

25. NBC denies the allegations set forth in paragraph 25 of the Complaint.

### THE DEATH OF BILL CONRADT

26. NBC admits that Mr. Conradt shot himself at his residence at 201 Davidson Drive on November 5, 2006 in the afternoon. NBC denies knowledge or information sufficient to form a belief as to the remaining allegations set forth in paragraph 26 of the Complaint.

27. NBC admits that Mr. Conradt was an assistant prosecutor in Rockwell County and had been the district attorney in Kaufman County. NBC denies knowledge or information sufficient to form a belief as to the remaining allegations set forth in paragraph 27 of the Complaint.

28. NBC denies the allegations set forth in paragraph 28 of the Complaint.

29. NBC denies the allegations set forth in paragraph 29 of the Complaint.

30. NBC admits that Judge Cathy Haden signed a warrant for the arrest of Mr. Conradt on the morning of November 5, 2006. NBC denies knowledge or information sufficient to form a belief as to when Detective Weiss finished the arrest warrant.

31. NBC admits that a judge signed a warrant for the search of Mr. Conradt's house. NBC denies knowledge or information sufficient to form a belief as to when Detective Weiss began to prepare the warrant or what he said to the judge who signed the warrant. NBC denies the remaining allegations set forth in paragraph 31 of the Complaint.

32.     NBC denies knowledge or information sufficient to form a belief as to the truth of the allegation that the search warrant was "spun-off" from another warrant. NBC denies the remaining allegations set forth in paragraph 32 of the Complaint.

33.     NBC admits that at the request of the Murphy police the Terrell police chief agreed to execute the warrants. NBC denies knowledge or information sufficient to form a belief as to who made the request for assistance.

34.     NBC admits that Chris Hansen was on the street outside Mr. Conradt's house on November 5, 2006.

35.     NBC admits that a Terrell sergeant knocked on the front door of Mr. Conradt's house and that a Terrell patrol officer and a detective from the Murphy police department were at the location. NBC denies the remaining allegations set forth in paragraph 35 of the Complaint.

36.     NBC admits that certain NBC employees and a member of Perverted Justice were on the street outside Mr. Conradt's house on November 5, 2006. NBC denies the remaining allegations set forth in paragraph 36.

37.     NBC admits that Terrell police called the Terrell SWAT team and otherwise denies the allegations set forth in paragraph 37 of the Complaint.

38.     NBC admits that the Terrell police entered Mr. Conradt's yard upon receiving no answer at the front door. NBC denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the Complaint relating to what happened thereafter.

39.     NBC denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 39.

40.     NBC denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 40 of the Complaint.

41. NBC denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 41 of the Complaint.

42. NBC admits that a helicopter transported Mr. Conradt from his residence and that Mr. Conradt later died. NBC denies knowledge or information sufficient to form a belief as the truth of the allegation concerning the purported statement by "a police officer." NBC denies the remaining allegations set forth in paragraph 42 of the Complaint.

43. NBC admits that NBC News reported on Mr. Conradt's suicide. NBC denies the remaining allegations set forth in paragraph 43 of the Complaint.

44. NBC admits that it has video of the outside of Mr. Conradt's house and that Dateline reported on Mr. Conradt's death. NBC denies the remaining allegations set forth in paragraph 44 of the Complaint.

## THE MEMORY OF BILL CONRADT

45. NBC denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 45 on the Complaint.

46. NBC admits that Mr. Conradt served as a prosecutor. NBC denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 46 on the Complaint.

47. NBC admits that Mr. Conradt served as a prosecutor. NBC denies that Mr. Conradt's "memory" is property of his estate. NBC denies knowledge or information sufficient to form a belief as to the truth of the remaining allegations set forth in paragraph 47 on the Complaint.

## PATRICIA CONRADT

48. NBC admits the allegations set forth in paragraph 48 of the Amended Complaint.

49.     NBC denies knowledge or information sufficient to form a belief as to whether Mr. Conradt's residence was Patricia Conradt's childhood home. NBC denies the remaining allegations set forth in paragraph 49 of the Complaint.

50.     NBC denies knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 50 of the Complaint except NBC admits that Exhibit A purports to contain copies of the Letters and the Certificate of Death.

## THE PATTERN OF BRIBERY

51.     NBC states the allegations set forth in paragraph 51 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

52.     NBC states the allegations set forth in paragraph 52 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

53.     NBC states the allegations set forth in paragraph 53 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

54.     NBC states the allegations set forth in paragraph 54 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

55.     NBC states the allegations set forth in paragraph 55 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

56. NBC states the allegations set forth in paragraph 56 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

57. NBC states the allegations set forth in paragraph 57 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

58. NBC states the allegations set forth in paragraph 58 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

59. NBC states the allegations set forth in paragraph 59 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

### THE DEFENDANT AS AN ENTERPRISE

60. NBC states the allegations set forth in paragraph 60 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

61. NBC states the allegations set forth in paragraph 61 relate to Plaintiff's RICO claim, which the Court has dismissed. NBC therefore is not required to respond to those allegations. To the extent a response is required, NBC denies the allegations.

### PROXIMATE CAUSATION

62. NBC denies the allegations set forth in paragraph 62 of the Complaint.

63. NBC denies the allegations set forth in paragraph 63 of the Complaint.

64. NBC states that paragraph 64 consists of a legal conclusion to which no response is required.

65. NBC states that paragraph 65 consists of a legal conclusion to which no response is required.

66. NBC states that paragraph 66 consists of a legal conclusion to which no response is required.

PATRICIA CONRADT,
AS ADMINISTRATRIX OF
THE ESTATE OF
LOUIS WILLIAM CONRADT, JR.
FIRST CAUSE OF ACTION:
INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS
<u>(PURSUANT TO THE LAWS OF TEXAS)</u>

67. NBC repeats and realleges each and every response to the allegations set forth in paragraphs numbered 1 through 66 inclusive.

68. NBC denies the allegations set forth in paragraph 68 of the Complaint.

69. NBC denies the allegations set forth in paragraph 69 of the Complaint.

PATRICIA CONRADT,
AS ADMINISTRATRIX OF
THE ESTATE OF
LOUIS WILLIAM CONRADT, JR.
SECOND CAUSE OF ACTION:
NEGLIGENCE
<u>(PURSUANT TO THE LAWS OF TEXAS)</u>

70. NBC repeats and realleges each and every response to the allegations set forth in paragraphs numbered 1 through 69 inclusive.

71. NBC states that the Court has dismissed the cause of action for negligence and therefore no response to the allegations set forth in paragraph 71 is required. To the extent a response is required, NBC denies the allegations.

72. NBC states that the Court has dismissed the cause of action for negligence and therefore no response to the allegations set forth in paragraph 72 is required. To the extent a response is required, NBC denies the allegations.

73. NBC states that the Court has dismissed the cause of action for negligence and therefore no response to the allegations set forth in paragraph 73 is required. To the extent a response is required, NBC denies the allegations.

74. NBC states that the Court has dismissed the cause of action for negligence and therefore no response to the allegations set forth in paragraph 74 is required. To the extent a response is required, NBC denies the allegations.

PATRICIA CONRADT,
AS ADMINISTRATRIX OF
THE ESTATE OF
LOUIS WILLIAM CONRADT, JR.
THIRD CAUSE OF ACTION:
PURSUANT TO 42 U.S.C. § 1983
<u>(CIVIL RIGHTS ACT)</u>

75. NBC repeats and realleges each and every response to the allegations set forth in paragraphs numbered 1 through 74 inclusive.

76. NBC denies the allegations set forth in paragraph 76 of the Complaint.

PATRICIA CONRADT,
AS ADMINISTRATRIX OF
THE ESTATE OF
LOUIS WILLIAM CONRADT, JR.
FOURTH CAUSE OF ACTION:
PURSUANT TO 18 U.S.C. § 1964(c)
(RICO)

77. NBC repeats and realleges each and every response to the allegations set forth in paragraphs numbered 1 through 76 inclusive.

78. NBC states that the Court has dismissed the RICO cause of action and therefore no response to the allegations set forth in paragraph 78 is required. To the extent a response is required, NBC denies the allegations.

79. NBC states that the Court has dismissed the RICO cause of action and therefore no response to the allegations set forth in paragraph 79 is required. To the extent a response is required, NBC denies the allegations.

80. NBC states that the Court has dismissed the RICO cause of action and therefore no response to the allegations set forth in paragraph 80 is required. To the extent a response is required, NBC denies the allegations.

81. NBC states that the Court has dismissed the RICO cause of action and therefore no response to the allegations set forth in paragraph 81 is required. To the extent a response is required, NBC denies the allegations.

82. NBC states that the Court has dismissed the RICO cause of action and therefore no response to the allegations set forth in paragraph 82 is required. To the extent a response is required, NBC denies the allegations.

PATRICIA CONRADT,
INDIVIDUALLY
FIFTH CAUSE OF ACTION:
INTENTIONAL INTRUSION UPON
THE RIGHT TO BE LEFT ALONE
(PURSUANT TO THE LAWS OF TEXAS)

83. NBC repeats and realleges each and every response to the allegations set forth in paragraphs numbered 1 through 82 inclusive.

84. NBC states that the Court has dismissed the cause of action for intentional intrusion upon the right to be left alone and therefore no response to the allegations set forth in paragraph 84 is required. To the extent a response is required, NBC denies the allegations.

85. NBC states that the Court has dismissed the cause of action for intentional intrusion upon the right to be left alone and therefore no response to the allegations set forth in paragraph 85 is required. To the extent a response is required, NBC denies the allegations.

86. NBC states that the Court has dismissed the cause of action for intentional intrusion upon the right to be left alone and therefore no response to the allegations set forth in paragraph 86 is required. To the extent a response is required, NBC denies the allegations.

PATRICIA CONRADT,
INDIVIDUALLY
SIXTH CAUSE OF ACTION:
INTENTIONAL DISCLOSURE OF
PRIVATE FACTS
(PURSUANT TO THE LAWS OF TEXAS)

87. NBC repeats and realleges each and every response to the allegations set forth in paragraphs numbered 1 through 86 inclusive.

88. NBC states that the Court has dismissed the cause of action for intentional disclosure of private facts and therefore no response to the allegations set forth in paragraph 88 is required. To the extent a response is required, NBC denies the allegations.

89. NBC states that the Court has dismissed the cause of action for intentional disclosure of private facts and therefore no response to the allegations set forth in paragraph 89 is required. To the extent a response is required, NBC denies the allegations.

90. NBC states that the Court has dismissed the cause of action for intentional disclosure of private facts and therefore no response to the allegations set forth in paragraph 90 is required. To the extent a response is required, NBC denies the allegations.

PATRICIA CONRADT,
INDIVIDUALLY
SEVENTH CAUSE OF ACTION;
INTENTIONAL INFLICTION OF
EMOTIONAL DISTRESS
(PURSUANT TO THE LAWS OF TEXAS)

91. NBC repeats and realleges each and every response to the allegations set forth in paragraphs numbered 1 through 90 inclusive.

92. NBC states that the Court has dismissed the cause of action for intentional infliction of emotional distress as to Patricia Conradt and therefore no response to the allegations set forth in paragraph 92 is required. To the extent a response is required, NBC denies the allegations.

93. NBC states that the Court has dismissed the cause of action for intentional infliction of emotional distress as to Patricia Conradt and therefore no response to the allegations set forth in paragraph 93 is required. To the extent a response is required, NBC denies the allegations.

PATRICIA CONRADT,
INDIVIDUALLY
EIGHTH CAUSE OF ACTION;
NEGLIGENCE
(PURSUANT TO THE LAWS OF TEXAS)

94. NBC repeats and realleges each and every response to the allegations set forth in paragraphs numbered 1 through 93 inclusive.

95.     NBC states that the Court has dismissed the cause of action for negligence and therefore no response to the allegations set forth in paragraph 95 is required. To the extent a response is required, NBC denies the allegations.

96.     NBC states that the Court has dismissed the cause of action for negligence and therefore no response to the allegations set forth in paragraph 96 is required. To the extent a response is required, NBC denies the allegations.

97.     NBC states that the Court has dismissed the cause of action for negligence and therefore no response to the allegations set forth in paragraph 97 is required. To the extent a response is required, NBC denies the allegations.

98.     NBC states that the Court has dismissed the cause of action for negligence and therefore no response to the allegations set forth in paragraph 98 is required. To the extent a response is required, NBC denies the allegations.

PATRICIA CONRADT,
AS ADMINISTRATRIX OF
THE ESTATE OF
LOUIS WILLIAM CONRADT, JR.
NINTH CAUSE OF ACTION:
UNJUST ENRICHMENT
(PURSUANT TO THE LAWS OF TEXAS)

99.     NBC repeats and realleges each and every response to the allegations set forth in paragraphs numbered 1 through 98 inclusive.

100.    NBC states that the Court has dismissed the cause of action for unjust enrichment and therefore no response to the allegations set forth in paragraph 100 is required. To the extent a response is required, NBC denies the allegations.

101. NBC states that the Court has dismissed the cause of action for unjust enrichment and therefore no response to the allegations set forth in paragraph 101 is required. To the extent a response is required, NBC denies the allegations.

102. NBC denies any allegation of the Complaint that it has not expressly admitted.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

103. The Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

104. The alleged injury was not caused by any act or omission by NBC.

### THIRD DEFENSE

105. The alleged injuries and damages were the result of the conduct of Mr. Conradt.

### FOURTH DEFENSE

106. The alleged injuries and damages arose out of a superseding and intervening cause.

### FIFTH DEFENSE

107. Plaintiff's claims are barred by the doctrines of unclean hands and *in pari delicto.*

### SIXTH DEFENSE

108. Plaintiff does not plead facts sufficient to support a claim for punitive damages.

### SEVENTH DEFENSE

109. By reason of the Constitution of the United States, NBC is immune from liability for punitive damages under the circumstances alleged in the Complaint.

### EIGHTH DEFENSE

110.    Plaintiff's claims are barred, in whole or in part, because at all times material hereto, NBC acted without malice and with a good faith belief in the propriety of its conduct, and did not intend to harm or deprive Plaintiff of any rights under law.

### NINTH DEFENSE

111.    Plaintiff's claims are barred, in whole or in part, because, at all times material hereto, NBC's conduct was privileged and/or justified under applicable law.

### TENTH DEFENSE

112.    NBC is not liable for the conduct of third parties to the extent their conduct was beyond the control of NBC; was lawful; was undertaken by them without malice, with a good faith belief in the propriety of their conduct, and with probable cause; or was otherwise privileged.

### ELEVENTH DEFENSE

113.    Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged injuries were caused in whole or in part by the conduct of others beyond the control of NBC.

### TWELFTH DEFENSE

114.    Plaintiff's claims are contrary to law to the extent they are founded on the doctrine of *respondeat superior.*

### THIRTEENTH DEFENSE

115.    Plaintiff's claims are barred, in whole or in part, by the First and Fourteenth Amendments to the Constitution of the United States.

### FOURTEENTH DEFENSE

116.    Plaintiff's claims are barred, in whole or in part, by the Constitution of the State of Texas.

117.    NBC reserves the right to assert any further defenses or claims as which it may hereafter discover or learn during the pendency of this action.

**PRAYER FOR RELIEF**

WHEREFORE, NBC prays for judgment as follows:

1.     That Plaintiff's Complaint be dismissed with prejudice and that she take nothing;

2.     That NBC recover its costs of suit; and

3.     For such other and further relief as the Court deems just and proper.

Dated:   New York, New York          Respectfully submitted,
         March 11, 2007


                                       /s/  Amanda Leith
                                     Hilary Lane (HL-0829)
                                     Susan Weiner (SW-3531)
                                     NBC Universal, Inc.
                                     30 Rockefeller Plaza
                                     New York, New York 10112
                                     Telephone (212) 664-4444
                                     Facsimile (212) 664-6572

                                     Lee Levine (admitted *pro hac vice*)
                                     Amanda Leith (admitted *pro hac vice*)
                                     Levine Sullivan Koch & Schulz, L.L.P.
                                     321 West 44th Street, Suite 510
                                     New York, NY 10036
                                     (212) 850-6100
                                     (212) 850-6299

                                     *Attorneys for Defendant NBC Universal, Inc.*