```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PATRICIA CONRADT, as                :
Administratix of the Estate of
LOUIS WILLIAM CONRADT, JR.,         :
Deceased,
                                    :   ORDER
              Plaintiff,
                                    :   07 Civ. 6623 (DC)
     - against -
                                    :
NBC UNIVERSAL, INC.,
                                    :
              Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/2008

**CHIN, District Judge**

      It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. This Court has jurisdiction over the parties and the subject matter of this action, and the Court shall retain jurisdiction over the parties to enforce and administer the terms of this Order and to resolve any disputes or disagreements that may arise.

      SO ORDERED.

Dated:    New York, New York
            June 24, 2008

                                          DENNY CHIN
                                          United States District Judge